In the Matter of the Application of ALICE G. VANDERBILT, etc., Respondent, for an Order Authorizing the Sale of Certain Real Property of Which She Is the Life Tenant. S. OSGOOD PELL & CO., INC., Appellant· THE NATIONAL CITY BANK OF NEW YORK and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

PARKVIEW HOLDING CORPORATION, Appellant, v. ALCOR REALTY CORPORATION, Respondent.— Order modified by requiring as a condition for opening the default that defendant pay all costs to date, including ten dollars costs of motion, and as so modified affirmed, with ten dollars costs and disbursements of this appeal to the appellant. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of the Application of ARTHUR F. CALLANAN, Respondent, for a Peremptory Order of Mandamus against NEW YORK CITY EMPLOYEES' RETIREMENT SYSTEM, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.; Dowling, P. J., dissents.

LILLIAN L. HARDEE, Appellant, v. ARCHIE F. KARMAN, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ALFONSE KAUFMAN, Appellant, v. DONOVAN ESTATE, INC., Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

TIVAD REALTY CORPORATION, Respondent, v. HENRY N. STEIN, Doing Business, etc., and Another, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Settle order on notice. The date for the examination to proceed to be fixed in the order. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

MANUFACTURERS TRUST COMPANY, Respondent, v. HARRY W. DUBISKE, Appellant, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements. The bill of particulars to be served within ten days from service of order with notice of entry thereof. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ALEXANDER J. CHECHILE v. VASILY GOLINSKY.— Motion to dismiss appeal denied. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

COLEMAN R. CHAMBERLIN v. ANTONIO CIRRINCIONE.— Motion to dismiss appeal denied. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ALBERT G. OTGEN & COMPANY, INC., v. HERBERT T. GREENWOOD and Others.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.